Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 23-16011 / MEH**

James C. McGrath

Petition Filed Date: 07/14/2023
341 Hearing Date: 08/10/2023
Confirmation Date: 10/18/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | $558.00 | 96024300 | 02/26/2024 | $558.00 | 96515920 | 04/01/2024 | $558.00 | 97120320 |
| 04/30/2024 | $558.00 | 97581030 | 06/03/2024 | $558.00 | 98117920 | 07/01/2024 | $558.00 | 98605000 |
| 07/29/2024 | $558.00 | 99018100 | 09/03/2024 | $558.00 | 99577370 | 10/15/2024 | $558.00 | 10026837 |
| 10/30/2024 | $558.00 | 10048380 | 12/02/2024 | $558.00 | 10099553 | | | |

**Total Receipts for the Period: $6,138.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,132.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James C. McGrath | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,680.00 | $3,680.00 | $0.00 |
| 1 | PINNACLE FEDERAL CREDIT UNION<br>»» P/13A BUCKINGHAM DR/1ST MTG/ORDER 10/25/23 | Mortgage Arrears | $4,172.92 | $961.20 | $3,211.72 |
| 2 | Leisure Village West Assoc., Inc. | Secured Creditors | $14,564.11 | $3,354.73 | $11,209.38 |
| 3 | Leisure Village West Assoc., Inc. | Unsecured Creditors | $1,972.23 | $0.00 | $1,972.23 |
| 4 | WELLS FARGO BANK,NA | Unsecured Creditors | $5,383.84 | $0.00 | $5,383.84 |

**Chapter 13 Case No. 23-16011 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,132.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $7,995.93 | Current Monthly Payment: | $558.00 |
| Paid to Trustee: | $625.50 | Arrearages: | $558.00 |
| Funds on Hand: | $510.57 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**