Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-16011 / MEH**

James C. McGrath

Petition Filed Date: 07/14/2023
341 Hearing Date: 08/10/2023
Confirmation Date: 10/18/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2025 | $558.00 | 10172041 | 02/05/2025 | $558.00 | 10190729 | 03/06/2025 | $558.00 | I1VVGP3DQ4-I |
| 04/01/2025 | $558.00 | I1VZGL06T9-P | 05/08/2025 | $558.00 | I1X3L509PP-PI | 05/22/2025 | $558.00 | I1XFL9TV52-PI |
| 06/23/2025 | $558.00 | I19LLFSB4S-P | 07/22/2025 | $558.00 | I1DGLT9YLV-P | 08/20/2025 | $558.00 | I1P6F1RRGM- |
| 09/17/2025 | $558.00 | I1N8FB01ZH-F | 10/20/2025 | $558.00 | I128S5JDT6-PI | 11/25/2025 | $558.00 | I11FS6RC1X-P |
| 12/23/2025 | $558.00 | I18GSWXP4T- | 01/29/2026 | $558.00 | I854CJS9FC-P | | | |

**Total Receipts for the Period: $7,812.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $16,386.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James C. McGrath | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,680.00 | $3,680.00 | $0.00 |
| 1 | PINNACLE FEDERAL CREDIT UNION<br>»» P/13A BUCKINGHAM DR/1ST MTG/ORDER 10/25/23 | Mortgage Arrears | $4,172.92 | $2,443.54 | $1,729.38 |
| 2 | Leisure Village West Assoc., Inc. | Secured Creditors | $14,564.11 | $8,528.22 | $6,035.89 |
| 3 | Leisure Village West Assoc., Inc. | Unsecured Creditors | $1,972.23 | $0.00 | $1,972.23 |
| 4 | WELLS FARGO BANK,NA | Unsecured Creditors | $5,383.84 | $0.00 | $5,383.84 |

**Chapter 13 Case No. 23-16011 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,386.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $14,651.76 | Current Monthly Payment: | $558.00 |
| Paid to Trustee: | $1,217.53 | Arrearages: | $558.00 |
| Funds on Hand: | $516.71 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**