UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Weston D. Dennen, Esq.
Polulak Law, LLC
1415 Hooper Ave., Suite 201
Toms River, NJ 08753
732-858-0600

| In Re: | | Case No.: | 23-16011-EJO |
|---|---|---|---|
| James C. McGrath, Debtor | | Chapter: | 13 |
| | | Judge: | Eamonn James O'Hagan |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that ___Polulak Law, LLC___

will be substituted as attorney of record for Leisure Village West Condominium Association, Inc.,

creditor in this case. [1]

Date: ___5/11/26___

_____
Signature of Former Attorney

Date: ___5/7/2026___

_____
Signature of Substituted Attorney[2]

*rev.8/1/16*

_____

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.